IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA HANNA, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| ROYAL DUNN, BILL'S TRUCKING, INC., and FLANAGAN'S HAULING, INC. | ) ) ) JURY TRIAL DEMANDED ) |
|     Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, ANITA HANNA, by and through her attorney, DAVID J. HEYER of the LAW OFFICE OF DAVID J. HEYER, LTD., and for her Complaint against the Defendants, ROYAL DUNN, BILL'S TRUCKING, INC. and FLANAGAN'S HAULING, INC., states as follows:

## GENERAL ALLEGATIONS

1. At all times hereinafter mentioned, plaintiff, ANITA HANNA, was and still is a citizen of and domiciled in the State of Illinois.

2. At all times hereinafter mentioned, defendant ROYAL DUNN was and still is a citizen of and domiciled in the State of Virginia.

3. At all times hereinafter mentioned, defendant BILL'S TRUCKING, INC. was and still is a corporation incorporated under the laws of, and licensed to do business in the State of Virginia.

4. At all times hereinafter mentioned, defendant FLANAGAN'S HAULING, INC. was and still is a corporation incorporated under the laws of, licensed to do business in and with its principal place of business in the State of Virginia.

5. The jurisdiction of this court is invoked pursuant to 28 U.S.C. 1332.

6. Venue is proper pursuant to 28 U.S.C. 1391 (a)(2).

COUNT I<br>ROYAL DUNN

7. On or about October 9, 2009, the Plaintiff, ANITA HANNA, was the driver of a 2001 Oldsmobile Alero, which was westbound on Route 137, in the City of North Chicago, County of Lake, State of Illinois.

8. That at the aforementioned time and place, ROYAL DUNN was the operator of a 2004 Pete Tractor, which was turning eastbound on Route 137 turning left onto Route 43 to go northbound, in the City of North Chicago, County of Lake, State of Illinois.

9. That at all times relevant herein, the Defendant, ROYAL DUNN, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

10. In violation of said duty, the Defendant, ROYAL DUNN, was guilty of one or more of the following negligent acts or omissions to acts:

    (a) Operating said motor vehicle in a negligent, careless, and reckless manner;

    (b) Negligently, carelessly, and recklessly failing to yield for other vehicles;

    (c) Negligently, carelessly, and recklessly operating his vehicle at a speed which was greater than the posted limit or reasonable under the circumstances;

    (d) Negligently, carelessly, and recklessly failed to keep a proper look out for other traffic;

    (e) Negligently, carelessly, and recklessly failing to keep his vehicle under control;

    (f) Negligently, carelessly, and recklessly failed to obey posted traffic signals; and

    (h) Was otherwise negligent, careless, or reckless in operating and maintaining her motor vehicle.

11. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the Defendant, through its agent, caused the collision with another motor vehicle by causing his vehicle to be in the path of another vehicle, damaging same and causing bodily injuries and other injuries to Plaintiff.

WHEREFORE, the Plaintiff, ANITA HANNA, prays that judgment be entered against Defendant, ROYAL DUNN., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which shall represent fair and just compensation.

## COUNT II
## ROYAL DUNN

12. On or about October 9, 2009, the Plaintiff, ANITA HANNA, was the driver of a 2001 Oldsmobile Alero, which was westbound on Route 137, in the City of North Chicago, County of Lake, State of Illinois.

13. That at the aforementioned time and place, ROYAL DUNN was the operator of a 2004 Pete Tractor, which was turning eastbound on Route 137 turning left onto Route 43 to go northbound, in the City of North Chicago, County of Lake, State of Illinois.

14. That at all times relevant herein, the Defendant, ROYAL DUNN, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

15. In violation of said duty, the Defendant, ROYAL DUNN, was guilty of one or more of the following negligent acts or omissions to acts:

   (a) Operating said motor vehicle in a negligent, careless, and reckless manner;

   (b) Negligently, carelessly, and recklessly failing to yield for other vehicles;

   (c) Negligently, carelessly, and recklessly operating his vehicle at a speed which was greater than the posted limit or reasonable under the circumstances;

    (d)    Negligently, carelessly, and recklessly failed to keep a proper look out for other traffic;

    (e)    Negligently, carelessly, and recklessly failing to keep his vehicle under control;

    (f)    Negligently, carelessly, and recklessly failed to obey posted traffic signals; and

    (h)    Was otherwise negligent, careless, or reckless in operating and maintaining her motor vehicle.

16. That the aforesaid careless and negligent acts and/or omissions of the Defendant were a proximate cause of said collision and Plaintiff's property damages as hereinafter mentioned.

17. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, the Plaintiff's vehicle was greatly damaged, depreciated and reduced in value, and Plaintiff has been caused to expend, and/or become liable for, large sums of money as a result thereof. Further, Plaintiff was, for a long period of time, deprived of the use of said vehicle.

WHEREFORE, the Plaintiff, ANITA HANNA, prays that judgment be entered against Defendant, ROYAL DUNN., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which shall represent fair and just compensation

## COUNT III
## BILL'S TRUCKING, INC.

18. On or about October 9, 2009, the Plaintiff, ANITA HANNA, was the driver of a 2001 Oldsmobile Alero, which was westbound on Route 137, in the City of North Chicago, County of Lake, State of Illinois.

19. That at the aforementioned time and place, ROYAL DUNN was the operator of a 2004 Pete Tractor, which was turning eastbound on Route 137 turning left onto Route 43 to go northbound, in the City of North Chicago, County of Lake, State of Illinois.

20. That at all times relevant herein, the Defendant, ROYAL DUNN, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

21. That on or about October 9, 2009 and for some time prior thereto, ROYAL DUNN was the employee and/or agent of BILL'S TRUCKING, INC.

22. That at all times relevant herein, the Defendant, through its agents and/or employees, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

23. In violation of said duty, the Defendant, through its agent ROYAL DUNN, was guilty of one or more of the following negligent acts or omissions to acts:

   (a) Operating said motor vehicle in a negligent, careless, and reckless manner;

   (b) Negligently, carelessly, and recklessly failing to yield for other vehicles;

   (c) Negligently, carelessly, and recklessly operating his vehicle at a speed which was greater than the posted limit or reasonable under the circumstances;

   (d) Negligently, carelessly, and recklessly failed to keep a proper look out for other traffic;

   (e) Negligently, carelessly, and recklessly failing to keep his vehicle under control;

   (f) Negligently, carelessly, and recklessly failed to obey posted traffic signals; and

   (h) Was otherwise negligent, careless, or reckless in operating and maintaining her motor vehicle.

24. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the Defendant, through its agent, caused the collision with another motor vehicle by causing his vehicle to be in the path of another vehicle, damaging same and causing bodily injuries and other injuries to Plaintiff.

WHEREFORE, the Plaintiff, ANITA HANNA, prays that judgment be entered against Defendant, BILL'S TRUCKING, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which shall represent fair and just compensation.

COUNT IV
BILL'S TRUCKING, INC.

25. On or about October 9, 2009, the Plaintiff, ANITA HANNA, was the driver of a 2001 Oldsmobile Alero, which was westbound on Route 137, in the City of North Chicago, County of Lake, State of Illinois.

26. That at the aforementioned time and place, ROYAL DUNN was the operator of a 2004 Pete Tractor, which was turning eastbound on Route 137 turning left onto Route 43 to go northbound, in the City of North Chicago, County of Lake, State of Illinois.

27. That at all times relevant herein, the Defendant, ROYAL DUNN, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

28. That on or about October 9, 2009 and for some time prior thereto, ROYAL DUNN was the employee and/or agent of BILL'S TRUCKING, INC.

29. That at all times relevant herein, the Defendant, through its agents and/or employees, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

30. In violation of said duty, the Defendant, through its agent ROYAL DUNN, was guilty of one or more of the following negligent acts or omissions to acts:

    (a) Operating said motor vehicle in a negligent, careless, and reckless manner;

    (b) Negligently, carelessly, and recklessly failing to yield for other vehicles;

(c) Negligently, carelessly, and recklessly operating his vehicle at a speed which was greater than the posted limit or reasonable under the circumstances;

(d) Negligently, carelessly, and recklessly failed to keep a proper look out for other traffic;

(e) Negligently, carelessly, and recklessly failing to keep his vehicle under control;

(f) Negligently, carelessly, and recklessly failed to obey posted traffic signals; and

(h) Was otherwise negligent, careless, or reckless in operating and maintaining her motor vehicle.

31. That the aforesaid careless and negligent acts and/or omissions of the Defendant, through its agent, were a proximate cause of said collision and Plaintiff's property damages as hereinafter mentioned.

32. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, through its agent, the Plaintiff's vehicle was greatly damaged, depreciated and reduced in value, and Plaintiff has been caused to expend, and/or become liable for, large sums of money as a result thereof. Further, Plaintiff was, for a long period of time, deprived of the use of said vehicle.

WHEREFORE, the Plaintiff, ANITA HANNA, prays that judgment be entered against Defendant, BILL'S TRUCKING, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which shall represent fair and just compensation.

## COUNT V
## FLANAGAN'S HAULING, INC.

33. On or about October 9, 2009, the Plaintiff, ANITA HANNA, was the driver of a 2001 Oldsmobile Alero, which was westbound on Route 137, in the City of North Chicago, County of Lake, State of Illinois.

34. That at the aforementioned time and place, ROYAL DUNN was the operator of a 2004 Pete Tractor, which was turning eastbound on Route 137 turning left onto Route 43 to go northbound, in the City of North Chicago, County of Lake, State of Illinois.

35. That at all times relevant herein, the Defendant, ROYAL DUNN, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

36. That on or about October 9, 2009 and for some time prior thereto, ROYAL DUNN was the employee and/or agent of FLANAGAN'S HAULING, INC.

37. That at all times relevant herein, the Defendant, through its agents and/or employees, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

38. In violation of said duty, the Defendant, through its agent ROYAL DUNN, was guilty of one or more of the following negligent acts or omissions to acts:

    (a) Operating said motor vehicle in a negligent, careless, and reckless manner;

    (b) Negligently, carelessly, and recklessly failing to yield for other vehicles;

    (c) Negligently, carelessly, and recklessly operating his vehicle at a speed which was greater than the posted limit or reasonable under the circumstances;

    (d) Negligently, carelessly, and recklessly failed to keep a proper look out for other traffic;

    (e) Negligently, carelessly, and recklessly failing to keep his vehicle under control;

    (f) Negligently, carelessly, and recklessly failed to obey posted traffic signals; and

    (h) Was otherwise negligent, careless, or reckless in operating and maintaining her motor vehicle.

39. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the Defendant, through its agent, caused the collision with another motor

vehicle by causing his vehicle to be in the path of another vehicle, damaging same and causing bodily injuries and other injuries to Plaintiff.

WHEREFORE, the Plaintiff, ANITA HANNA, prays that judgment be entered against Defendant, FLANAGAN'S HAULING, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which shall represent fair and just compensation.

### COUNT VI
### FLANAGAN'S HAULING, INC.

40. On or about October 9, 2009, the Plaintiff, ANITA HANNA, was the driver of a 2001 Oldsmobile Alero, which was westbound on Route 137, in the City of North Chicago, County of Lake, State of Illinois.

41. That at the aforementioned time and place, ROYAL DUNN was the operator of a 2004 Pete Tractor, which was turning eastbound on Route 137 turning left onto Route 43 to go northbound, in the City of North Chicago, County of Lake, State of Illinois.

42. That at all times relevant herein, the Defendant, ROYAL DUNN, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

43. That on or about October 9, 2009 and for some time prior thereto, ROYAL DUNN was the employee and/or agent of FLANAGAN'S HAULING, INC.

44. That at all times relevant herein, the Defendant, through its agents and/or employees, owed the Plaintiff the duty to exercise ordinary care and caution for the safety of the Plaintiff and the Plaintiff's property.

45. In violation of said duty, the Defendant, through its agent ROYAL DUNN, was guilty of one or more of the following negligent acts or omissions to acts:

    (a) Operating said motor vehicle in a negligent, careless, and reckless manner;

  (b)  Negligently, carelessly, and recklessly failing to yield for other vehicles;

  (c)  Negligently, carelessly, and recklessly operating his vehicle at a speed which was greater than the posted limit or reasonable under the circumstances;

  (d)  Negligently, carelessly, and recklessly failed to keep a proper look out for other traffic;

  (e)  Negligently, carelessly, and recklessly failing to keep his vehicle under control;

  (f)  Negligently, carelessly, and recklessly failed to obey posted traffic signals; and

  (h)  Was otherwise negligent, careless, or reckless in operating and maintaining her motor vehicle.

46. That the aforesaid careless and negligent acts and/or omissions of the Defendant, through its agent, were a proximate cause of said collision and Plaintiff's property damages as hereinafter mentioned.

47. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, through its agent, the Plaintiff's vehicle was greatly damaged, depreciated and reduced in value, and Plaintiff has been caused to expend, and/or become liable for, large sums of money as a result thereof. Further, Plaintiff was, for a long period of time, deprived of the use of said vehicle.

  WHEREFORE, the Plaintiff, ANITA HANNA, prays that judgment be entered against Defendant, FLANAGAN'S HAULING, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), which shall represent fair and just compensation.

                     Respectfully Submitted,

                     /s/ David J. Heyer_____

DAVID J. HEYER  ARDC # 6202347
LAW OFFICE OF DAVID J. HEYER, LTD.
Attorney for Plaintiff
212 West Washington
Suite 2104
Chicago, Illinois 60606
Tel:(312) 372-4950
Fax:(312) 372-4951
dheyer@heyerlaw.net