## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Anita Hanna

                              Plaintiff,

v.                                              Case No.: 1:10–cv–00341
                                                Honorable Nan R. Nolan

Royal Dunn, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2011:

     MINUTE entry before Honorable Nan R. Nolan: In light of the Stipulation to Dismiss [58], this case is hereby dismissed with prejudice. Any pending deadlines and/or motions are hereby stricken and denied as moot.Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.